## ROBERT A. FORSYTH, ADMINISTRATOR, ETC., OF ROBERT A. FORSYTH, DECEASED, *versus* WILLIAM GILKINSON, ROBERT GILLESPIE AND GEORGE MOFFAT, EXECUTORS, ETC., OF RICHARD PATTINSON, DECEASED, GEORGE JACOB AND JAMES GORDON, AGENTS OF SAID EXECUTORS, STEPHEN MACK, CLAIMANT, AND JAMES WILLIAMS, ABRAHAM C. CANNIFF AND VOLTAIRE SPALDING, TENANTS

JOURNAL ENTRIES (1824–27): *Journal 3:* (1) Motion for continuance *p. 509. *Journal 4:* (2) Motion for leave to enter nolle prosequi MS p. 69; (3) continued MS p. 99; (4) nonsuit MS p. 130.

PAPERS IN FILE: (1) Precipe for writ of right; (2) summons and return; (3) declaration; (4) motion to quash writ; (5) stipulation re argument of motion to quash; (6) pleas; (7–8) motions for leave to enter nolle prosequi. *1824–36 Calendar*, MS p. 43.